

JTW: 12.12.22
JWS/2022R00299

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : CRIMINAL NO. SAG22cr431 |
| v. | : |
| | : (Carjacking, 18 U.S.C. § 2119(2); |
| **TREVON GARDNER,** | : Using, Carrying, and Brandishing a |
| | : Firearm During and in Relation to a |
| Defendant. | : Crime of Violence, 18 U.S.C. § 924(c); |
| | : Aiding and Abetting, 18 U.S.C. § 2; |
| | : Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. |
| | : § 2461(c)) |
| | : |

...oOo...

### INDICTMENT

### COUNT ONE
### (Carjacking)

The Grand Jury for the District of Maryland charges that:

On or about May 3, 2022, in the District of Maryland, the defendant,

**TREVON GARDNER,**

with the intent to cause serious bodily harm, took a motor vehicle, a 2018 Ford Fusion, bearing Maryland tag number 3DA9597, that had been transported, shipped, and received in interstate and foreign commerce from the person and in the presence of another by force, violence, and intimidation, resulting in serious bodily harm that caused a substantial risk of death, extreme physical pain, and protracted loss and impairment of a bodily member, organ, and mental faculty to the victim.

18 U.S.C. § 2119(2)
18 U.S.C. § 2

## COUNT TWO
### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about May 3, 2022, in the District of Maryland, the defendant,

**TREVON GARDNER,**

did knowingly and intentionally use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Carjacking, as set forth in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Counts One and Two of the Indictment.

2.  As a result of the offenses alleged in this Indictment, the defendant,

**TREVON GARDNER,**

shall forfeit to the United States the firearm involved in the commission of the offense: a Taurus, Model GC3, 9mm Luger caliber semi-automatic handgun, serial number ACE944201.

18 U.S.C. § 924(d)
28 U.S.C. § 2461

*Erek L. Barron / jws*
EREK L. BARRON
UNITED STATES ATTORNEY

A TRUE BILL:

12/4/2022
DATE

**SIGNATURE REDACTED**
FOREPERSON

3