

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*John W. Sippel, Jr.*
*Assistant United States Attorney*
*John.Sippel@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4807*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

April 30, 2024

<u>VIA ECF</u>

The Honorable Stephanie A. Gallagher
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

     Re: *United States v. Trevon Gardner*
       Criminal no. SAG-22-0431

Dear Judge Gallagher:

  I write to provide the Court with an updated status report. Assistant Federal Public Defender Francisco Carriedo recently entered his appearance and assumed primary responsibility as defendant's counsel. Mr. Carriedo and I recently discussed the case, and he requires additional time to review the discovery materials. In addition, we expect to discuss a possible resolution of the case. Due to these circumstances, the parties respectfully request that they be permitted to submit an updated status report in 60 days. An updated speedy trial motion will be submitted upon approval of this report.

            Respectfully submitted,

            Erek L. Barron
            United States Attorney

            _____
            John W. Sippel, Jr.
            Assistant United States Attorney

cc: Francisco Carriedo, AFPD (via ECF)