IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| **v.** | : | Case No. 1:22-CR-431-SAG |
| | : | |
| **Trevon Gardner** | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO SEAL

Counsel for Trevon Gardner respectfully requests the Court to seal Mr. Gardner's sentencing letter and corresponding exhibits because they contain highly personal and sensitive information about his background and family. As such, these sentencing materials should be shielded to protect Mr. Gardner's privacy.

                      Respectfully submitted,
                      James Wyda
                      Federal Public Defender
                        for the District of Maryland

                      ___/s/_____
                      Francisco A. Carriedo (#816158)
                      Assistant Federal Public Defender
                      100 South Charles Street
                      Tower II, 9th Floor
                      Baltimore, Maryland  21201
                      Phone: (410) 962-3962
                      Fax:  (410) 962-0872
                      Email: Francisco_Carriedo@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2024, a copy of the foregoing was served via CM/ECF to the Government.

                                                    _____/s/_____
                                                    Francisco Carriedo